IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| JESSICA J. NORWOOD, | ) 10-00110-KD-N |
| Defendant. | ) |

## JUDGMENT ON THE PLEADINGS

This matter is before the court on Plaintiff United States' motion for judgment on the pleadings filed July 12, 2010 (Doc. 7). The court, having considered the Complaint, the Answer and the matters presented in the Motion, finds that the Motion is well-taken and due to be **GRANTED**.

It is hereby **ORDERED** and **ADJUDGED** that pursuant to Fed. R. Civ. P. 12 (c), judgment is rendered in favor of Plaintiff, United States of America, and against Defendant, Jessica J. Norwood, in the amount of $37,417.04 (principal of $34,642.28, interest in the amount of $2,774.76 through March 4, 2010, plus interest at 4.25% per annum ($4.03 per diem) from March 4, 2010, through the date of judgment, and interest at the legal rate of __.31__% pursuant to 28 U.S.C. §1961 from the date of judgment until paid in full and costs.

**DONE** and **ORDERED** this __13__ day of __July__, 2010.

_____
UNITED STATES JUDGE DISTRICT JUDGE